FILED ENTERED
LODGED RECEIVED
APR 20 2011
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAMUFOR NCHUMULUH | * |
| Plaintiff | * |
| v. | *   Civil Action No. JKB-11-891 |
| JANET NAPOLITANO, ALEJANDRO MAJORKAS, RICHARD CATERISANO, ERIC HOLDER, and ROD ROSENSTEIN | * |
| Defendants | * |

\*\*\*

## ORDER

The above-captioned Petition for Naturalization Hearing was filed with the full filing fee. Pursuant to Fed. R. Civ. P. 4, plaintiff may effectuate service by presenting summonses to the Clerk for signature and seal and then serving a copy of the summons and complaint on defendants. Service of the summons and the complaint may be effected by any person who is not a party and who is at least 18 years of age.

Plaintiff is reminded that under Fed. R. Civ. P. 4(*l*), the person effecting service of the summons and complaint must promptly notify this Court, through an affidavit, that he or she has served defendants.[1] If plaintiff does not use a private process service, and instead uses registered or certified mail to make service, plaintiff must file with the court the United States Post Office acknowledgment as proof of service.

---

[1] If there is no record that service was effected on defendants, plaintiff risks dismissal of this cause of action. Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effected service of process within 120 days of filing the pleading seeking the affirmative relief, the court may enter an order asking the party to show cause why the claims should not be dismissed. If the party fails to show cause within fourteen (14) days of the entry of the order or such other time as may be set by the court, the claim shall be dismissed without prejudice.

Because plaintiff is suing federal officials, plaintiff must serve not only the officials, but also Eric H. Holder, Jr., United States Attorney General, Department of Justice, 10th & Constitution Avenue, N.W., Washington, D.C. 20530, and Rod Rosenstein, United States Attorney for the District of Maryland, 36 S. Charles Street, 4th Floor, Baltimore, Maryland 21201. Plaintiff is cautioned that failure to comply with this Order and effect service of process within 120 days of initiating this lawsuit shall result in the dismissal of this complaint without further notice from the court.

Accordingly, it is this 28 day of April, 2011, by the United States District Court for the District of Maryland, hereby ORDERED that the Clerk MAIL a copy of this Order to plaintiff.

_____
James K. Bredar
United States District Judge