**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **TAMUFOR NCHUMULUH** | * | |
| Plaintiff | * | |
| v. | * | **CIVIL NO. JKB-11-891** |
| **JANET NAPOLITANO, et al.** | * | |
| Defendants | * | |

## **ORDER**

In accordance with this Court's order of April 29, 2011 (ECF No. 2), and based on the failure of Plaintiff to effect service on any of the Defendants by August 4, 2011, the Court hereby DISMISSES this case for want of prosecution. The Clerk shall MAIL a copy of this order to the Plaintiff and shall CLOSE the case.

DATED this 12th day of August, 2011.

BY THE COURT:

/s/
James K. Bredar
United States District Judge